# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## M E M O R A N D U M

Honorable John A. Mendez  **RE:** Hye Jeong Lee
United States District Judge  Docket Number: 2:15CR00020 JAM
Fresno, California  **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Your Honor:

Hye Jeong Lee is requesting permission to travel to South Korea and to Beijing, China. She is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On May 24, 2013, Ms. Lee was sentenced in the District of Alaska for the offenses of 21 USC 841(a)(1), Possession of a Controlled Substance With Intent to Distribute (Class A Felony); 21 USC 841(a)(1) and (b)(1)(B), Possession of a Controlled Substance With Intent to Distribute (Class B Felony); and 18 USC 924, Possession of a Firearm in Furtherance of Drug Trafficking (Class A Felony). On January 12, 2015, jurisdiction was transferred to the Eastern District of California.

**Sentence Imposed:** 50 months Bureau of Prisons; 10 years Supervised Release; and $300 Special Assessment (Paid).

**Dates and Mode of Travel:** The defendant is requesting travel approval for two separate occasions: August 1, 2019, through August 28, 2019, for the purposes as noted below; and September 27, 2019, through October 5, 2019, to attend a family wedding.

**Purpose:** Visit ill family member.

**RE:    Hye Jeong Lee
Docket Number:  2:15CR0020 JAM
<u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,



Adrian Garcia
United States Probation Officer

Dated:   May 28, 2019
         Fresno, California
         AG/rmv


**REVIEWED BY:**        /s/ *Brian J. Bedrosian*
                        **Brian J. Bedrosian**
                        **Assistant Deputy Chief United States Probation Officer**

---

# ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

**DATED:  5/31/2019**              /s/ John A. Mendez_____
                                   John A. Mendez, U. S. District Court Judge